PEOPLE *v* ROGER JOHNSON. Appeal from Genesee, Philip C. Elliott, J. Submitted Division 2 December 14, 1971, at Lansing. (Docket No. 10280.) Decided January 27, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, for the people.

*Ivor E. Jones,* Defender Administrator, Genesee County, for defendant on appeal.

Before: QUINN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant was found guilty by a jury of assault with intent to rob while armed, MCLA 750.89; MSA 28-.284, and assault with intent to commit great bodily harm less than murder, MCLA 750.84; MSA 28.279.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.